UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>       vs.<br><br>DOLLAR TREE STORES, INC., *et al.*<br><br>            Defendants.<br>_____/ | Case No. 1: 13-cv-01336-LJO-BAM<br><br>**ORDER TO SHOW CAUSE** |

On December 19, 2013, this Court held an Initial Scheduling Conference. Defendant Dollar Tree Stores, Inc. ("Dollar Tree") and counsel for Dollar Tree failed to appear. Dollar Tree and Counsel are ORDERED TO SHOW CAUSE, in writing, on or before **December 31, 2013**, why this Court should not impose sanctions for failure to appear at the Initial Scheduling Conference.

IT IS SO ORDERED.

Dated:   **December 20, 2013**           /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1