UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>    vs.<br><br>DOLLAR TREE STORES, INC., *et al.*<br><br>            Defendants.<br>_____/ | Case No. 1: 13-cv-01336-LJO-BAM<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER APPROVING PROPOSED SUBSTITUTION OF ATTORNEY** |

On December 23, 2013, this Court issued an Order to Show Cause for Defendant Dollar Tree Stores, Inc.'s failure to attend the Scheduling Conference held on December 19, 2013.  (Doc. 19.) Dollar Tree filed its response to the Order to Show Cause on December 31, 2013.  (Doc. 21.)  Dollar Tree represents its failure to attend the Scheduling Conference was due to an inadvertent calendaring error resulting from Dollar Tree's Counsel's transition between law firms.  (Doc. 21, 2: 8-15.)

/././

1

1  Having considered Dollar Tree's response to the Order to Show Cause, this Court
2  DISCHARGES the Order to Show Cause. Additionally, this Court APPROVES Dollar Tree's
3  proposed substitution of attorney. (Doc. 12.) Counsel Gregory F. Hurley is hereby substituted as
4  counsel of record in place of Counsel Maureen McClain.

6  IT IS SO ORDERED.

7  Dated: **January 15, 2014**   /s/ *Barbara A. McAuliffe*
8  UNITED STATES MAGISTRATE JUDGE