UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1: 13-cv-01336-LJO-BAM |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| vs. | |
| DOLLAR TREE STORES, INC., *et al.* | |
| Defendants. | |

    On January 16, 2014, this Court issued an Order to Show Cause for Defendants Ravinder Singh's and Paramjit Singh's failure to maintain a current address with the Court. (Doc. 23.) The Singhs filed their response to the Order to Show Cause on February 11, 2014. (Doc. 24.) The Singhs represent their failure to maintain a current address with the Court was a typographical error, and that their current address is 3706 W. Shields Avenue, rather than 5706 W. Shields Avenue. *Id.*

    Having considered the response to the Order to Show Cause, this Court DISCHARGES the Order to Show Cause. Additionally, this Court directs the Clerk of Court to update the current address for Ravinder Singh and Paramjit Singh to the following:

**3706 W. Shields Avenue, Fresno, California 93722.**

IT IS SO ORDERED.

    Dated: **February 14, 2014**      /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28