1  Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone (408) 298-2000
4  Facsimile  (408) 298-6046
   Email:  tanya@moorelawfirm.com
5
   Attorneys for Plaintiff
6  Ronald Moore

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11
   RONALD MOORE,                          ) No.  1:13-cv-01336-LJO-BAM
12                                         )
              Plaintiff,                   ) **STIPULATION GRANTING PLAINTIFF**
13                                         ) **LEAVE TO FILE FIRST AMENDED**
         vs.                               ) **COMPLAINT; ORDER**
14                                         )
   DOLLAR TREE STORES, INC., dba          )
15 DOLLAR TREE, et al.,                    )
                                           )
16            Defendants.                  )
                                           )
17 _____ )

18

19        **IT IS HEREBY STIPULATED** by and between Plaintiff Ronald Moore ("Plaintiff"),

20 through his attorney of record, and Defendant Dollar Tree Stores, Inc., dba Dollar Tree,

21 through its attorney of record; Defendant Paramjit Singh, in pro per; and Defendant Ravinder

22 Singh, in pro per (collectively "Defendants," and together with Plaintiff, the "Parties"), the

23 parties hereto, that Plaintiff may file a First Amended Complaint, a copy of which is attached

24 hereto as Exhibit "A." This amendment will not modify any date or deadline fixed by the

25 Court's Scheduling Conference Order dated December 23, 2013 (ECF No. 20) pursuant to Fed.

26 R. Civ. P. 16(b)(4).

27        **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint

28 within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'

1  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
2  filed.
3  **IT IS SO STIPULATED**.

5  Dated:  March 6, 2014                        MOORE LAW FIRM, P.C.

7                                               */s/ Tanya E. Moore*
                                                Tanya E. Moore
8                                               Attorneys for Plaintiff,
                                                Ronald Moore

10 Dated:  March 6, 2014                        SHEPPARD, MULLIN, RICHTER &
                                                HAMPTON LLP

12                                              */s/ Michael J. Chilleen*
                                                Michael J. Chilleen
13                                              Attorneys for Defendant,
14                                              Dollar Tree Stores, Inc.

16 Dated:  March 6, 2014                        */s/ Paramjit Singh*
                                                Defendant, Paramjit Singh, In Pro Per

18 Dated:  March 6, 2014                        */s/ Ravinder Singh*
19                                              Defendant, Ravinder Singh, In Pro Per

21 I attest that the original signatures of the self-represented persons whose electronic signatures
   are shown above are maintained by me, and that their concurrence in the filing of this document
22 and attribution of their electronic signatures was obtained.

23                                              */s/ Tanya E. Moore*
                                                Tanya E. Moore
24                                              Attorney for Plaintiff
25                                              Ronald Moore

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER

# ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated:   **March 10, 2014**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER