UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>            Plaintiff,<br><br>     vs.<br><br>DOLLAR TREE STORES, INC., *et al.*<br><br>            Defendants.<br>_____/ | Case No. 1: 13-cv-01336-LJO-BAM<br><br>**ORDER TO SHOW CAUSE TO PARAMJIT SINGH AND RAVINDER SINGH** |

     On January 16, 2014, this Court issued an Order to show Cause to Defendants Paramjit Singh and Ravinder Singh (the "Singhs") for the Singhs' failure to maintain a current address with the Court. (Doc. 23.) The Singhs responded to the Order to Show Cause, stating that an inadvertent error led them to list their address as 5706 W. Shields Avenue, when in fact, their address was 3706 W. Shields Avenue. (Doc. 24.) The Court accepted this representation and discharged the Order to Show Cause. (Doc. 27.) The Court served the Order Discharging the Order to Show Cause on 3706 W. Shields Avenue, Fresno, CA 93722, as requested by the Singhs. However, the Order was again returned as undeliverable.

     Pursuant to Local Rule 182(f), "[e]ach appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party." Local Rule 183(a) further provides that "[a]ll obligations placed on

1

'counsel' by these Rules apply to individuals appearing in propria persona. Failure to comply therewith may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules."[1]

Defendants Ravinder Singh and Paramjit Singh are ORDERED TO SHOW CAUSE, in writing, on or before **April 4, 2014,** why this Court should not strike their Answer to Plaintiff's Complaint and enter default against them for failure to maintain a current address with the Court. *See, Thompson v. Housing Auth.*, 782 F.2d 829, 831 (9th Cir.1986) ("District courts have inherent power to control their dockets. In the exercise of that power they may impose sanctions including, where appropriate, default or dismissal.")

The Clerk of Court is ORDERED to serve this Order on Defendants Ravinder Singh and Paramjit Singh at **both** of the following addresses:

3706 W. Shields Avenue
Fresno, CA 93722;

Chimienti Law Firm, a P.C.
PO Box 1991
Camarillo, CA 93011

Failure to respond to this Order to Show Cause will result in striking the Answer.

IT IS SO ORDERED.

Dated:   **March 20, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 183(b) provides that "[a] party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

2