Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>   Plaintiff,<br><br>   vs.<br><br>DOLLAR TREE STORES, INC., dba DOLLAR TREE, et al.,<br><br>   Defendants. | No.  1:13-cv-01336-LJO-BAM<br><br>**REQUEST FOR DISMISSAL OF DEFENDANTS PARAMJIT SINGH AND RAVINDER SINGH <u>ONLY</u> (Fed. R. Civ. P. 41(a)(2)); ORDER** |

1    WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), has settled the above-captioned
2 matter with Defendants, Paramjit Singh and Ravinder Singh ("the Singhs") only;

3    WHEREAS, Plaintiff has been unable to obtain a signed stipulation from Defendant,
4 Dollar Tree Stores, Inc., for dismissal of the Singhs pursuant to Federal Rule of Civil Procedure
5 41(a)(1)(A)(ii);

6    WHEREAS, no cross-claim, counter-claim or third-party claim has been filed in this
7 action,

8    Plaintiff hereby respectfully requests that **only Defendants Paramjit Singh and**
9 **Ravinder Singh** be dismissed from the above-captioned action with prejudice pursuant to
10 Federal Rule of Civil Procedure 41(a)(2).

12 Date: May 15, 2014                MOORE LAW FIRM, P.C.

14                                  */s/ Tanya E. Moore*
                                    Tanya E. Moore
15                                  Attorneys for Plaintiff
                                    Ronald Moore

18                                  **ORDER**

20    Pursuant to the request of Plaintiff, Ronald Moore, and no cross-claim, counter-claim or
21 third-party claim having been filed, and good cause appearing,

22    IT IS HEREBY ORDERED that **Defendants Paramjit Singh and Ravinder Singh**
23 **only** be dismissed from the above-captioned action with prejudice pursuant to Federal Rule of
24 Civil Procedure 41(a)(2).

25 IT IS SO ORDERED.

26    Dated:   **May 19, 2014**           **/s/ Lawrence J. O'Neill**
27                                         UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL OF DEFENDANTS PARAMJIT SINGH AND RAVINDER SINGH ONLY; ORDER