1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Ronald Moore

6
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7  A Limited Liability Partnership
   Including Professional Corporations
8  GREGORY F. HURLEY, Cal. Bar No. 126791
9  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
10 mchilleen@sheppardmullin.com
11 650 Town Center Drive, 4th Floor
   Costa Mesa, California 92626-1993
12 Telephone: 714.513.5100; Facsimile:  714.513.5130

13 Attorneys for Defendant DOLLAR TREE STORES, INC.

14

15              **UNITED STATES DISTRICT COURT**

16             **EASTERN DISTRICT OF CALIFORNIA**

17

18
   RONALD MOORE,                    )  No.  1:13-cv-01336-LJO-BAM
19                                  )
            Plaintiff,              )  **STIPULATION TO CONTINUE DATE**
20                                  )  **FOR PRE-TRIAL CONFERENCE AND**
        vs.                         )  **REQUEST FOR TELEPHONIC**
21                                  )  **APPEARANCES; ORDER**
   DOLLAR TREE STORES, INC., dba    )
22 DOLLAR TREE,                     )
                                    )
23          Defendant.             )
                                    )
24 _____  )

25

26

27

28

1    WHEREAS, the pre-trial conference in this matter is currently scheduled for January 8,

2  2015;

3    WHEREAS, counsel for Plaintiff, Ronald Moore ("Moore"), will be out of the country

4  on January 8, 2015 and unable to attend the pre-trial conference as currently scheduled;

5    WHEREAS, the Court has indicated its availability for January 15, 2015 at 8:30 a.m. for

6  the pre-trial conference; and

7    WHEREAS, Moore's counsel's office is in San Jose, California, and Defendant, Dollar

8  Tree Stores, Inc. ("Dollar Tree")'s counsel's office is in Costa Mesa, California – both a

9  significant distance from the Fresno courthouse.  Accordingly, counsel for Moore and Dollar

10  Tree both request that they be able to appear at the pre-trial conference by telephone in order to

11  save the parties significant fees and costs.

12    NOW, THEREFORE, Moore and Dollar Tree, by and through their respective attorneys

13  of record, hereby stipulate and agree to continue the pre-trial conference from January 8, 2015

14  to January 15, 2015 at 8:30 a.m., subject to Court approval.

15    Counsel for Moore and Dollar Tree hereby further request that they be permitted to

16  appear telephonically at the pre-trial conference, such appearance to be arranged by Moore's

17  counsel through AT&T teleconference services who will have trial counsel on the line prior to

18  conferencing in chambers at 8:30 a.m.

19  IT IS SO STIPULATED AND REQUESTED.

20

21  Date: December 3, 2014                MOORE LAW FIRM, P.C.

22                                        _/s/ Tanya E. Moore_____

23                                        Tanya E. Moore
                                         Attorneys for Plaintiff, Ronald Moore

24
                                         SHEPPARD, MULLIN, RICHTER &
25                                       HAMPTON LLP

26

27                                       _/s/ Gregory F. Hurley_____

28                                       Gregory F. Hurley
                                         Attorneys for Defendant
                                         Dollar Tree Stores, Inc. dba Dollar Tree

STIPULATION TO CONTINUE DATE OF PRE-TRIAL CONFERENCE; ORDER

1

**<u>ORDER</u>**

2

3       The parties having so stipulated and good cause appearing,

4       **IT IS HEREBY ORDERED** that the pre-trial conference be continued from January 8,

5   2015 to January 15, 2015 at 8:30 a.m.

6       **IT IS FURTHER ORDERED** that all counsel may appear telephonically at the pre-trial

7   conference, such appearances to be arranged by counsel for Plaintiff by ensuring both trial

8   counsel are on the line prior to conferencing in chambers at the designated time.

9

10  IT IS SO ORDERED.

11       Dated:   **December 3, 2014**                    **/s/ Lawrence J. O'Neill**

12                                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE DATE OF PRE-TRIAL CONFERENCE; ORDER