1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    332 North Second Street
     San Jose, California  95112
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4    Email:  tanya@moorelawfirm.com

5    Attorneys for Plaintiff
     Ronald Moore
6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD MOORE,                    )   No.  1:13-cv-01336-LJO-BAM
                                      )
12              Plaintiff,            )   **STIPULATION FOR DISMISSAL OF**
                                      )   **ACTION; ORDER**
13          vs.                       )
                                      )
14   DOLLAR TREE STORES, INC., dba    )
     DOLLAR TREE, et al.,             )
15                                    )
                                      )
16              Defendants.           )
                                      )
17   _____ )

18

19

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant

2  Dollar Tree Stores, Inc., dba Dollar Tree, the parties remaining in this action, by and through

3  their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the

4  above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own

5  attorneys' fees and costs.

6

7  Date: February 20, 2015                    MOORE LAW FIRM, P.C.

8

9                                             _/s/ Tanya E. Moore_____

10                                            Tanya E. Moore
                                             Attorneys for Plaintiff

11                                            Ronald Moore

12  Date: February 20, 2015                   SHEPPARD, MULLIN, RICHTER
                                             & HAMPTON LLP

13

14                                            _/s/ Michael J. Chilleen_____

15                                            Michael J. Chilleen
                                             Attorneys for Defendant

16                                            Dollar Tree Stores, Inc., dba Dollar Tree

17                                                  **ORDER**

18        The parties having so stipulated,

19        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

20  Each party shall bear its own attorney's fees and costs.

21

22  **SO ORDERED**

23  **Dated: February 24, 2015**

24                                            **/s/ Lawrence J. O'Neill**
                                             **United States District Judge**

25

26

27

28

STIPULATION FOR DISMISSAL OF ACTION; ORDER